Opinion filed June 12, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed June 12,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00029-CV

                                                    __________

 

                          THE SHERWIN-WILLIAMS COMPANY AND 

   
CLIFTON JAMES HICKS, Appellants

 

                                                             V.

 

                                        CHRISTINA
JAJA, Appellee

 



 

                                          On
Appeal from the 60th District Court

 

                                                       Jefferson
County, Texas

 

                                                Trial
Court Cause No. B-173469

 



 

                                            M
E M O R A N D U M    O P I N I O N

Appellants
have filed in this court a motion to dismiss their appeal.  In their motion,
they state that they no longer wish to prosecute this appeal.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

June 12, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.